The People of the State of New York ex rel. Lexington House, Inc., Respondent, against William E. Boyland et al., Constituting the Tax Commission of the City of New York, Appellants. [677–679 Lexington Ave. & 141 E. 56th St., Borough of Manhattan.] —

Present — Cohn, J. P., Callahan, Van Voorhis, Shientag and Foster, JJ.; Callahan and Van Voorhis, JJ., dissent and vote to affirm. Settle order on notice.

John Bryant, Appellant, v. Presbyterian Hospital in the City of New York, Respondent.— No opinion. Present — Peck, P. J., Glennon, Dore, Cohn and Callahan, JJ. [See 280 App. Div. 758.]